JS-6

FILED
CLERK, U.S. DISTRICT COURT
OCT 19 2009
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| ANNE MORRIS, on behalf of herself and others similarly situated, and on behalf of the general public, <br><br> Plaintiff, <br><br> vs. <br><br> LEBHAR-FRIEDMAN, INC., a corporation; and DOES 1 through 100, inclusive, <br><br> Defendant. | CASE NO. CV08-07457 ODW(FMOx) <br><br> CASE FILED: 8/26/08 <br><br> [~~PROPOSED~~] JUDGMENT <br><br> Date: October 19, 2009 <br> Time: 2:00 p.m. <br> Room: 11 <br><br> ASSIGNED FOR ALL PURPOSES TO HON. OTIS D. WRIGHT II, RM. 11 |

///

///

///

[PROPOSED] JUDGMENT

The Honorable Otis D. Wright II, on October 19, 2009, issued an Order Granting Final Approval of Class Action Settlement ("Final Approval Order") granting approval to the Settlement Agreement, an incentive award, and attorneys' fees and costs in this matter. Accordingly, this Court orders entry of judgment as follows:

The Settlement Class is certified as a class in accordance with Rule 23 of the Federal Rules of Civil Procedure and the Settlement Agreement. The Settlement Class to whom this judgment applies is defined as: (1) All persons who worked for Defendant in the State of California and whose employment was terminated anytime between August 26, 2004 and January 1, 2008 for whom Defendant's records show were: (a) not paid fully all vacation due at the time of termination; or (b) had not used all vacation time accrued prior to termination; and (2) All persons who were current employees of Defendant in the State of California at the time of the Court's Order Granting Preliminary Approval of Class Action Settlement ("Settlement Class" or "Class").

The parties shall comply with the terms and conditions of the Settlement Agreement and the Final Approval Order. Upon such compliance, and in accordance with the terms of the Final Approval Order, the matter and the Complaint on file in this action shall be dismissed in its entirety, on the merits and with prejudice, and without attorneys' fees or costs to any of the Parties, or against any other settling party, except as provided in the Settlement. The Court retains jurisdiction over the parties to enforce the terms of the settlement and this judgment, and to determine all matters relating in any way to the Preliminary Approval Order, Final Approval Order, or the Settlement Agreement, including but not limited to their administration, implementation, interpretation, or enforcement.

Upon satisfaction of all payments and obligations under the Settlement Agreement and under this Order, all members of the Settlement Class who did not submit timely opt-out forms are permanently barred from prosecuting Released

1  Claims against Lebhar-Friedman, Inc., as set forth in Paragraph 19 of the
2  Settlement Agreement. The claims of members who submitted timely opt-out
3  forms are dismissed without prejudice.

Dated: October 19, 2009

_____
Otis D. Wright II
United States District Judge